**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2013 JAN 23  PM 4: 54

DEPUTY CLERK _____

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Criminal No. |
| § | |
| ROBERTO FLORES § | |
| A/K/A ROBERTO LOZA FLORES § | |

3. - 1 3 C R - 0 3 8 - P

INDICTMENT

The Grand Jury Charges:

Count One
Illegal Reentry After Removal from the United States
[Violation of 8 U.S.C. § 1326(a) and (b)(2)]

On or about December 16, 2012, in the Dallas Division of the Northern District of Texas, the defendant, **Roberto Flores, a/ka/ Roberto Loza Flores**, an alien, was found in the United States after having been deported and removed therefrom on or about July 14, 2008, without having received the express consent of the United States Attorney General or the Secretary of the Department of Homeland Security to reapply for admission since the time of the Defendant's previous deportation and removal.

In violation of 8 U.S.C. § 1326(a) and (b)(2).

Indictment - 1

A TRUE BILL

_____
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_____
PAUL YANOWITCH
Illinois State Bar No. 6188269
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8618
Facsimile: 214.659.8812
Email: paul.yanowitch@usdoj.gov

Indictment - 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

ROBERTO FLORES
a/k/a ROBERTO LOZA FLORES

INDICTMENT

8 U.S.C. § 1326(a) and (b)(2)
Illegal Reentry After Removal from the United Sates

1 Count

A true bill rendered

DALLAS _____ FOREPERSON

Filed in open court this 23rd day of January, A.D., 2013.

_____ Clerk

WARRANT TO ISSUE; IN ICE CUSTODY

UNITED STATES DISTRICT/MAGISTRATE JUDGE
No Magistrate Case Pending