ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 25 2013
CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | § § |
| v. | § CRIMINAL NO. 3:13-CR-038-P |
| | § § |
| ROBERTO FLORES | § |

## MOTION FOR DETENTION

The United States moves for pretrial detention of defendant, **Roberto Flores**, pursuant to 18 U.S.C. §3142(e) and (f).

1. <u>Eligibility of Case.</u> This case is eligible for a detention order because the case involves (check all that apply):

   \_\_\_\_\_ Crime of violence (18 U.S.C. §3156);

   \_\_\_\_\_ Maximum sentence life imprisonment or death

   \_\_\_\_\_ 10 + year drug offense

   \_\_\_\_\_ Felony, with two prior convictions in above categories

   \_\_X\_\_ Serious risk defendant will flee

   \_\_\_\_\_ Serious risk obstruction of justice

   \_\_\_\_\_ Felony involving a minor victim

   \_\_\_\_\_ Felony involving a firearm, destructive device, or any other dangerous weapon

   \_\_\_\_\_ Felony involving a failure to register (18 U.S.C. § 2250)

Motion for Detention - Page 1

2. <u>Reason for Detention.</u> The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

   <u>X</u>   Defendant's appearance as required

   ____ Safety of any other person and the community

3. <u>Rebuttable Presumption.</u> The United States will/will not invoke the rebuttable presumption against defendant because (check one or both):

   ____ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

   ____ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. §2332b(g)(5)

   ____ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§1201, 2251

   ____ Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time For Detention Hearing.</u> The United States requests the Court conduct the detention hearing,

   __✓__ At first appearance

   ____ After continuance of ____ days (not more than 3).

DATED this __25th__ day of __January__, 2013.

Motion for Detention - Page 2

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

/s/ Paul Yanowitch
PAUL YANOWITCH
Assistant United States Attorney
Illinois State Bar No. 6188269
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214.659.8618
Facsimile: 214.659.8805

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on counsel for the defendant in accordance with the Federal Rules of Criminal Procedure on this __25th__ day of __January__, 2013.

/s/ Paul Yanowitch
PAUL YANOWITCH
Assistant United States Attorney