# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | Case No. 3:13-cr-00038-P |
| | § § | |
| ROBERTO FLORES (1) | § | |

## WAIVER OF DETENTION HEARING

I understand that I have been charged with an offense in a criminal complaint or an indictment filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a detention hearing.

I agree to waive my right to a detention hearing

\_\_\_\_\_ without reservation.

\_\_\_\_\_ but reserve my right to ask for a hearing if I am released from state custody while this case is pending.

\_\_✓\_\_ but reserve my right to ask for a hearing if I am able to obtain a bond from ICE while this case is pending.

DATED this 25th day of January, 2013

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 25 2013
CLERK, U.S. DISTRICT COURT
By _____
    Deputy

_Signature of Defendant_

_Attorney for Defendant_