IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | CRIMINAL DOCKET NO: |
| v. | § § | 3:13-CR-038-P |
| ROBERTO FLORES, A/K/A ROBERTO LOZA FLORES | § § | ECF |

## ENTRY OF APPEARANCE OF COUNSEL

I hereby enter my appearance as *appointed* counsel for the above-named defendant(s) in this cause.

> I understand that it is my duty to continue to represent the above-named defendant(s) in connection with all matters relating to this cause, and in connection with all proceedings therein in this Court; to assist the defendant(s) with any appeal which the defendant(s) desires to perfect, and to represent the defendant(s) on appeal until a final judgment has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court.

In all cases an arraignment is scheduled promptly after the return or filing of an indictment or information, at which time the defendant must enter a plea. Your attention is directed to Rule 12, Federal Rules of Criminal Procedure, pertaining to pretrial motions.

Dated:  January 28, 2013

/s/ John M. Nicholson
JOHN M. NICHOLSON
Assistant Federal Public Defender
Northern District of Texas
TX Bar # 24013240
525 Griffin Street, Suite 629
Dallas, Texas 75202
Phone:  (214) 767-2746
Fax: (214) 767-2886
john_nicholson@fd.org