**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL ACTION NO. |
| v. | § | |
| | § | 3:13-CR-00038-P |
| ROBERTO FLORES (1) | § | |

## PRETRIAL SCHEDULING ORDER

This case is set for trial on this Court's two-week docket beginning on **March 18, 2013 at 8:45 AM.** Pretrial Motions must be filed no later than **February 08, 2013** and the responses thereto no later than **February 15, 2013**.

Requested voir dire questions, proposed jury instructions, witness lists (with witnesses designated as "custodial," "expert," or "fact," as well as "probable" or "possible"), exhibit lists (with copies of exhibits furnished to the Court), and motions in limine must be filed no later than **March 01, 2013**.

A Pretrial Conference is hereby scheduled for **March 6, 2013 at 4:30 PM**. The defendant need not be present for the Pretrial Conference.

**IT IS SO ORDERED**

Signed this 29th day of January, 2013.


_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE