AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Northern District of Texas

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2013 JAN 30 PM 2:02
DEPUTY CLERK I-Allen

UNITED STATES OF AMERICA

V.

Roberto Flores
aka Roberto Loza Flores

**WARRANT FOR ARREST**

Case Number: 3:13-cr-038-P

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Roberto Flores_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petiton  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her (brief description of offense)

Illegal Reentry After Removal from the United States

in violation of Title  8  United States Code, Section(s)  1326(a) and (b)(2)

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

_Karen Mitchell_
Signature of Issuing Officer

U.S. Magistrate Judge Renee H. Toliver

Jan 23, 2013
Date

Dallas, TX
Location

By: s/ A, Aguilar
Deputy Clerk

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at Dallas TX

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 1/25/2013 | Aaron Andres | |

9114821