UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | CRIMINAL ACTION NO. |
| v. | § § | 3:13-CR-038-P |
| ROBERTO FLORES, | § § | |
| Defendant. | § § § | ECF |

## ORDER

On this 16th day of July, 2013, the Unopposed Motion for Continuance of sentencing as to defendant JAMES JENKINS came before the Court for consideration. The Court is of the opinion that the motion has merit and should be GRANTED.

IT IS HEREBY ORDERED THAT:

Objections to the Presentence Report are due August 7, 2013.

Any addendum to the PSR is due August 14, 2013.

Objections to the addendum to the PSR are due August 21, 2013.

Sentencing will be on September 4, 2103 at 1:30 p.m.

SO ORDERED.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE